**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| LAMONT YOUNG, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No: 14-cv-2129 (BAH) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| *Defendants*. | ) ) ) | |

## DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to LCvR 7(h), Defendants District of Columbia ("the District") and Metropolitan Police Department ("MPD") Officer Thurman Powell submit this statement of undisputed material facts:

1. On December 26, 2013, MPD Officers responded to a family disturbance at 1728 W Street, SE, where Plaintiff Lamont Young had a verbal altercation with his friend, Crystal Perry. *See* MPD Incident Report Pg. 3, attached as Ex. 1; Young Dep. 9:17-19, attached as Ex. 2.

2. Ms. Perry informed the MPD Officers that Plaintiff brandished a black semi-automatic handgun and secured it in his waistband before leaving Ms. Perry's apartment. *See* MPD Incident Report Pg. 3.

3. Ms. Perry also informed the MPD Officers that Plaintiff made threats towards law enforcement. *See id*.

4. One of the responding Officers, Officer Alfred Meyers, radioed a lookout for Plaintiff based on information provided by Ms. Perry. Powell Dep. 44:4-18, attached as Ex. 3; Allen Dep. 9:10-20, attached as Ex. 4.

5. Officer Meyers identified Plaintiff by name, provided a physical description, and stated that Plaintiff was armed and frequented the Saddles discount store on the 2220 block of Alabama Avenue, SE.  Allen Dep. 9:16-10:3.  He also informed dispatch that Plaintiff made threats against law enforcement personnel.  Powell Dep. 44.

6. Officer Anthony Allen heard Officer Meyers' radio dispatch.  Allen Dep. 9:10-15.

7. Officer Thurman Powell heard the same dispatch.  Powell Dep. 44:4-18; 58:16-17.

8. Because the 2200 block of Alabama Avenue was in Officer Allen's patrol service area ("PSA"), Officer Allen went to the 7D police station and obtained an old mugshot of Plaintiff so that he could search for him.  Allen Dep. 10:1-8; 12:3-6.

9. The following day while on routine patrol, Officer Allen saw Plaintiff in front of the Saddles discount store.  Allen Dep. 14:1-7.

10. Officer Allen then requested backup; he advised dispatch that he located Plaintiff in front of the Saddles discount store and that Plaintiff was "known to carry a weapon."  Allen Dep. 14:6-12; 15:4-5; 7D Radio dispatch recording at 0:45 – 3:00, marked as Ex. 6 and hand-delivered to the Court's mailroom on November 2, 2017.

11. Officer Thurman Powell heard Officer Allen's request for backup.  Powell Dep. 68:21-69:5 ("He requested … assistance.  He stated that … the guy that Meyers gave a lookout for yesterday is standing in front of 2201 Alabama Avenue with this same clothing and the same lookout.  And he asked for assistance and said the guy is supposed to be armed with a gun.").

12. Officer Powell responded to the scene in his police cruiser shortly after Officer Allen's request for backup.  Allen Dep. 14:20-15:1.

13. Both Officers Allen and Powell exited their police cruisers and approached Plaintiff. Allen Dep. 15:16-16:12; Powell Dep. 45:19-20.

14. Plaintiff was chatting with a few acquaintances in front of the discount store. Young Dep. 26.

15. Plaintiff's acquaintances saw Officer Allen approaching them and immediately dispersed. Young Dep. 26:21-22; 28:19-20 ("Yeah, they left. They said, there go[sic] Allen. I'm gone.").

16. Officers Allen and Powell ordered Plaintiff to take his hands out of his pockets. Allen Dep. 18:21-22; Powell Dep. 45:17-46:13; 49:18-20; 70:1-4; 76:8-14; Young Dep. 30:20-22 ("Okay. He gets out the car and then he looks to me and he say[sic], take your hands out your pockets.").

17. Plaintiff initially complied and took his hands out of his pockets. Young Dep. 31:4-6; Powell Dep. 77:7-8.

18. He then started walking away because he thought Officer Allen was harassing him. Young Dep. 31-32.

19. The Officers ordered Plaintiff to stop. Powell Dep. 77:10-11 ("[We're] both saying, Stop; stop; sir, stop.").

20. Plaintiff reached back into his pockets and continued walking away. Powell Dep. 77:13-17; Young Dep. 33:21-34:3 ("As I stepped off there, well, as [Officer Allen] told me to take my hands out of my pocket, I pulled them out. And then when I stepped off the thing, started walking down the street, <u>I put my hands back in my pocket</u>.") (emphasis added).

21. The Officers repeatedly commanded Plaintiff to show his hands. Powell Dep. 77:21-78:3; Young Dep. 34:3-5 ("By then, Mr. Allen, he's throwing commands, take your hands out your pocket, freeze.").

22. Plaintiff continued walking away. Young Dep. 34:9-10 ("Yeah. He told me to freeze, and I still be walking.").

23. Officer Powell testified that Plaintiff "then snatched his hand out of his pocket and put it inside his waistband." Powell Dep. at 77:22-78:1.

24. Then, according to Officer Powell, Plaintiff "jerked his arm out[,]" Powell Dep. 78:5, "as if he was pulling something out of his waistband[,]" *id*. at 78:4-5, and "twisted towards" Officer Powell. *Id*. at 125:4-6; 126:22-127:2.

25. Plaintiff testified that his intent was to comply with the Officers' commands to show his hands. Young Dep. 36:21-37:2.

26. Officer Powell testified that he thought "[Plaintiff] was pulling a gun." Powell Dep. 138:14-15.

27. Officer Powell fired his gun once at Plaintiff. Powell Dep. 55:5-9; 78:5-6; 80:4-5 ("when he jerked out, that's when I raised it and discharged one round."); 141:6-11 ("When he put his hand inside of his jacket and made the jerking motion, as if he was pulling a weapon from his waistband, I believed that he had a weapon, and my life … was in jeopardy.").

28. Plaintiff was unarmed at the time. Powell Dep. 100:22-101:10.

29. According to Officer Allen, Plaintiff made a "tossing motion" and threw what Officer Allen believed was a vial of PCP based on its chemical odor. Allen Dep. 47:1-9.

4

30. Crime scene investigators recovered a "glass bottle with a strong chemical odor," which the DEA later confirmed to be PCP, as well as a Glock 21 handgun from the right rear floorboard of a Lexus parked along 22nd Street. Crime Scene Evidence Report Pg. 2, and DEA Chemical Analysis Report, both attached as Ex. 5.

31. On March 26, 2014, Plaintiff was charged with two counts of unlawful possession of a firearm with a prior felony conviction, one count of carrying an unlicensed firearm with a prior felony conviction, one count of unlawful possession of liquid PCP, and one count of tampering with physical evidence. *See* Docket in *District of Columbia v. Lamont Young*, 2013 CF2 0022729. The Court can take judicial notice of Plaintiff's criminal case.

32. A jury convicted Plaintiff for the unlawful possession of a firearm and carrying a firearm without a license on the December 26, 2013, the day before the shooting at issue in this case. *See id.*; Young Dep. 45:14-15; Powell Dep. 111.

November 1, 2017                     Respectfully Submitted,

                                     KARL A. RACINE
                                     Attorney General for the District of Columbia

                                     GEORGE C. VALENTINE
                                     Deputy Attorney General, Civil Litigation Division

                                     */s/ Michael K. Addo*
                                     MICHAEL K. ADDO [1008971]
                                     Chief, Civil Litigation Division Section IV

                                     */s/ William J. Chang*
                                     WILLIAM J. CHANG [1030057]
                                     Assistant Attorney General
                                     441 Fourth Street, NW
                                     Suite 630 South
                                     Washington, D.C. 20001
                                     202-724-6646
                                     202-741-0667 (fax)

william.chang@dc.gov

*/s/ Robert A. DeBerardinis, Jr.*
ROBERT A. DEBERARDINIS, JR. [335976]
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-6642
(202) 741-8895 (fax)
robert.deberardinis@dc.gov

*Attorneys for Defendants*