# SUPP EXHIBIT 2

1

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**METROPOLITAN POLICE DEPARTMENT**

+ + + + +

ADVERSE ACTION HEARING

+ + + + +

- - - - - - - - - - - - - - - -X

In the Matter of:                  : DRB No.

  OFFICER THURMAN POWELL    : 412-16

- - - - - - - - - - - - - - - - -X

            Wednesday
            December 7th, 2016

            Washington, D.C.


     The hearing in the above-entitled matter was convened at the Metropolitan Police Department, 801 Shepherd Street, NW, beginning at 9:00 a.m., before


PANEL MEMBERS:


     COMMANDER DAVID TAYLOR, CHAIRPERSON

     COMMANDER LESLIE PARSONS

     CAPTAIN RENATO CALDWELL

1   Q    So you're observing him from the left
2   side of his body.  And Officer Powell is observing
3   him from the right side of his body.
4   A    Yes, you could say that.
5   Q    Okay.  And so the turn aggressively,
6   did the suspect turn like this (Indicating) where
7   he motioned his upper body turned?  Or did he make
8   a full motion with his body?
9   A    Full motion.
10  Q    Okay.  So he makes a full motion with
11  his body like this.
12  A    Correct.
13  Q    And where are the suspect's hands?
14  A    When he turned, they were still in his
15  pockets.
16  Q    Did you ever see his hands?
17  A    Yes, after the shot was fired, he then
18  turned toward me and he started pouring something
19  from a clear vial.
20  Q    So you didn't see his hands come out of
21  his pockets.
22  A    No, I did not.  Correct.